No. 1078. SÁNCHEZ, PLAINTIFF AND RESPONDENT, *v.* SILVESTRE .ET AL., DEFENDANTS AND APPELLANTS.—Appeal from the District Court of San Juan, Section 1. Motion of the respond-

ent for the dismissal of the appeal because the amount in litigation does not exceed $300. Decided December 23, 1913. Motion sustained. *Mr. José G. Torres* for the respondent. *Mr. Francisco Figueroa Maestre* for the appellants.